

Cullen and Dykman LLP
Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, NY 11530
T: 516.357.3700
F: 516.357.3792

GARY P. MUHLSTOCK
PARTNER
DIRECT: 516-357-3756
E-mail GMUHLSTOCK@CULLENLLP.COM

June 17, 2020

Magistrate Judge Arlene R. Lindsay
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

> Re: Mary Russo v CVS Pharmacy, Inc.
> Docket No. : 20-cv-02303 (RPK) (ARL)
> Our File No. : 23000-91

Dear Magistrate Lindsay:

Our office represents the defendant on the above matter. I am writing to advise the court that myself and plaintiff's counsel, Marc Thompson have conferred and are in agreement with the proposed scheduling order provided by the court.

We are therefore respectfully requesting that the initial conference scheduled for 7/29/2020 at 1:30PM be converted to a telephone conference for the Same date and time. The court's courtesy in this regard is greatly appreciated.

Respectfully submitted,

*Gary Muhlstock*
GARY P. MUHLSTOCK
/GPM

cc: Jennifer Golden, Esq.
PULVERS, PULVERS & THOMPSON, LLC
950 Third Avenue – 11th Floor
New York, New York 10022